**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHER BRONSTIN,<br><br>Plaintiff,<br><br>v.<br><br>POLARIS BUSINESS STRATEGIC ADVISORS INC. d/b/a RISE ALLIANCE,<br><br>Defendants. | CASE NO.: 26-CV-07121 |

**PLEASE TAKE NOTICE** that Knuckles & Manfro, LLP., by John E. Brigandi, Esq., hereby appears in this proceeding as counsel for defendant Polaris Business Strategic Advisors Inc. d/b/a Rise Alliance.

Please forward all notices and communications to the undersigned.

DATED: October 5, 2026

KNUCKLES & MANFRO, LLP.

By: s/ John E. Brigandi
JOHN E. BRIGANDI

225 Brae Blvd., Suite 101
Park Ridge, New Jersey 07656
(201) 391-0370
*jeb@km-llp.com*